**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

JUL 13 2006

RALPH L. DeLOACH, CLERK
By _____ Deputy

UNITED STATES OF AMERICA, }
}
Plaintiff, }
}
vs. }          Case No. _06-M-6104-01-DWB_
}
RAUL TRETO-BANUELOS, }
}
Defendant. }

### CRIMINAL COMPLAINT

This complaint alleges that on or about July 10, 2006, within the District of Kansas, Raul Treto-Banuelos, the above-named defendant, a citizen of Mexico and not a citizen or national of the United States, knowingly and intentionally possessed documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States knowing them to have been forged, counterfeited, falsely made, procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a)

In support, Dennis A. Woemmel, an Immigration Enforcement Agent for the U.S. Bureau of Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security, deposes and states as follows:

1.       I am an Immigration Enforcement Agent of the ICE and have been so employed since August 8, 2004.

2.       ICE Immigration Enforcement Agents have the authority and responsibility to investigate violations of the immigration and nationality laws of the United States, which primarily are found in Titles 8 and 18 of the United States Code.

3.       On July 7, 2006, Deputy Sean Schraeder with the Ford County Sheriff's office in Dodge City, Ford County, Kansas, contacted ICE Wichita regarding the defendant, who was employed at Winter Feed yard in Dodge City, Ford County, Kansas under the name Andres Hernandez, social security number XXX-XX-2026. Deputy Schraeder had been contacted by the true Andres Hernandez about someone using his social security number to be employed at Winter Feed yard. Deputy Schraeder provided ICE Wichita with copies of employment records for the defendant that included a copy of a Social Security Card bearing the name Andres Hernandez and the number XXX-XX-2026 and a Missouri nondriver license bearing the defendants photo and the name Andres Hernandez.

4.       On July 7, 2006, a telephonic interview was conducted with the defendant regarding his immigration status. At that time the defendant stated that his true name was Raul TRETO-Banuelos, that he was a native and

citizen of Mexico illegally present in the United States and that he uses the name Andres Hernandez. A detainer was lodged in his case and the defendant was turned over to ICE custody.

5.      On July 10, 2006, I spoke with defendant at the Wichita ICE office and found in his personal property the Missouri nondriver license bearing the defendants photo and the name Andres Hernandez, as well as a BlueCross BlueShield of Kansas insurance card bearing the name of Andres Hernandez.

Based on the foregoing, I respectfully submit there is probable cause to believe Raul TRETO-Banuelos has violated Title 18, United States Code, Section 1546(a), use of false documents as evidence of stay or employment in the United States.

Dennis A. Woemmel, Immigration Enforcement Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me this date 13th day of July, 2006.

Donald W. Bostwick
United States Magistrate Judge