FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'06 JUL 25 P2:03

RALPH L. DELOACH
CLERK
BY_____
AT WICHITA. KS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

UNITED STATES OF AMERICA,    }
                             }
            Plaintiff,       }
                             }
vs.                          }   Case No. 06-10_169_-01-_MLB_
                             }
RAUL TRETO-BANUELOS,         }
                             }
            Defendant.       }

## INDICTMENT

The Grand Jury charges:

## COUNT 1

That on or about July 10, 2006, within the District of Kansas, the defendant,

## RAUL TRETO-BANUELOS,

a citizen of Mexico who is not a citizen or national of the United States, knowingly

and intentionally possessed and used documents prescribed by statute and regulation

as evidence of authorized stay and employment in the United States knowing them

to have been procured by fraud and unlawfully obtained, in violation of Title 18,

United States Code, Section 1546(a).

## COUNT 2

That on or about July 10, 2006, within the District of Kansas, the defendant,

## RAUL TRETO-BANUELOS,

knowingly and intentionally used, without lawful authority, a means of identification of another person during and in relation to a violation of Title 18, United States Code, Section 1546(a), use of false documents as evidence of stay and employment in the U.S., as alleged in Count 1, in violation of Title 18, United States Code, Section 1028A.

## COUNT 3

In about January 2006, within the District of Kansas and elsewhere, the defendant,

## RAUL TRETO-BANUELOS,

knowingly, willfully and with intent to deceive the Commissioner of Social Security as to the defendant's true identity, caused to be furnished false information to the Commissioner with respect to information required by the Commissioner in connection with the establishment and maintenance of Social Security wage records, in violation of Title 42, United States Code, Section 408(a)(6), and Title 18, United States Code, Section 2.

## COUNT 4

2

In about January 2006, within the District of Kansas and elsewhere, the defendant,

**RAUL TRETO-BANUELOS,**

knowingly and intentionally used, without lawful authority, a means of identification of another person during and in relation to a violation of Title 42, United States Code, Section 408(a)(6), causing false information to be furnished to the Commissioner of Social Security, as alleged in Count 3, in violation of Title 18, United States Code, Section 1028A, and Title 18, United States Code, Section 2.

## COUNT 5

That on or about October 21, 2003, within the District of Kansas, the defendant,

**RAUL TRETO-BANUELOS,**

a citizen of Mexico who is not a citizen or national of the United States, knowingly made a false statement and claim that he was a citizen or national of the United States with the intent of engaging unlawfully in employment in the United States, on an I-9 Department of Justice Employment Eligibility Verification form, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 6

That on or about October 21, 2003, within the District of Kansas, the

defendant,

## RAUL TRETO-BANUELOS,

knowingly, willfully and intentionally made a false and fraudulent writing and document knowing it contained a materially false and fraudulent statement and entry in a matter then within the jurisdiction of the United States Department of Justice and the United States Department of Homeland Security, in that he falsely claimed to be a citizen or national of the United States and that his Social Security account number was a number ending in 2026, and that his name was the name of a person whose last name is Hernandez, on a Department of Justice I-9 Employment Eligibility Verification form, in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 7

That on or about October 21, 2003, within the District of Kansas, the defendant,

## RAUL TRETO-BANUELOS,

knowingly and with the intent to deceive agencies of the United States of America and others, represented that he was assigned a specific Social Security account number ending in 2026 when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## A TRUE BILL.

4

_7/25/06_
Date

FOREMAN OF THE GRAND JURY


ERIC F. MELGREN, Bar No. 12430
UNITED STATES ATTORNEY
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
(316) 269-6481

[It Is Requested That Jury Trial Be Held in Wichita, Kansas.]

Returned in open court this 25th day of July, 2006.


UNITED STATES MAGISTRATE JUDGE

5